TOOL v. WIGHTMAN *et al.*

Appeal : NO NOTICE SHOWN : DISMISSAL.

*Appeal from Jasper District Court.*—HON. D. RYAN, Judge.

FILED, MAY 11, 1889.

*Alanson Clark,* for appellants.

*Winslow & Varnum,* for appellee.

GIVEN, C. J.—This case is submitted upon the appellants' abstract of the record and argument. The abstract shows that the case is presented on certain questions certified by the trial judge for the opinion of this court, but it does not appear that any notice of appeal was ever served. The case will be ·        DISMISSED.